MINUTE ENTRY
APRIL 24, 2024
CURRAULT, M.J.

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                       NO. 17-46

DARREKA BOYKINS                              SECTION: R

### <u>DETENTION HEARING – RESUMED FROM 4/22/24</u>

PRESENT: <u>X</u>/DEFENDANT

__/ DEFENDANT CONSENTED TO APPEAR BY VIDEO

<u>X</u>/COUNSEL FOR THE DEFENDANT  <u>CLARENCE ROBY  (retained)</u>
<u>3701 Canal Street, Suite U, New Orleans, LA 70119</u>

<u>X</u>/ASST. U.S. ATTORNEY  <u>DAVID HALLER</u>

__/INTERPRETER _____
(Interpreter designated by the Court and sworn.  Time _____ M. to _____ M.)

<u>X</u>/GOVERNMENT WITNESS(ES) Johnny Alexander - UPS ; Sworn
and testified Gov. Exhibit 1 - Affidavit for Arrest warrant admitted and
attached under Seal.
__/DEFENSE ~~WITNESS(ES)~~ Exhibit 2 - 32nd JDC documents
admitted and attached

MJSTAR: 00:58

DARREKA BOYKINS        17-46 R

DEFENDANT        CASE NO.

**THE COURT ORDERS AFTER HEARING TESTIMONY PRESENTED IN THE ABOVE CAPTIONED MATTER:**

\_\_/ DEFENDANT IS ENTITLED TO RELEASE. BOND SET AT _____

_____

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

_____

\_\_\_/THE COURT ACCEPTED DEFENDANTS VERBAL CONSENT IN LIEU OF SIGNATURE ON THE APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE.

\_\_/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

\_\_\_/ DEFENDANT EXECUTED THE BOND AND WAS RELEASED.

\_\_\_/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL UNTIL BOND IS PERFECTED.

**X**/ DEFENDANT IS NOT ENTITLED TO RELEASE.

**X**/ DEFENDANT IS ORDERED DETAINED AND REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.

**X**/ WRITTEN FINDINGS AND STATEMENT OF REASONS ORDERING DETENTION FILED.

\_\_\_/ IT IS STIPULATED THAT IF THE AGENT WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN THE COMPLAINT/AFFIDAVIT.

\_\_\_/ IT IS STIPULATED THAT IF THE PRETRIAL SERVICES/PROBATION OFFICER WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN HIS/HER REPORT.

\_\_\_/THE DEFENDANT WAIVED/STIPULATED TO DETENTION RESERVING HIS/HER RIGHT TO REOPEN

\_\_\_/ OTHER:_____

_____

