STATE OF LOUISIANA
32ND JUDICIAL DISTRICT COURT
IN AND FOR THE PARISH OF TERREBONNE

AIT: 5/9/24 "D"

No. 870781

JASON A. DAGATE
JUDGE - DIVISION

STATE OF LOUISIANA

VS.

**DARREKA IODENNA BOYKINS**
DOB 10/8/76 B/M
SID# 0002120786   Arrest Date: 3/29/24

FELONY INFORMATION FOR

CONSPIRACY TO DISTRIBUTE OR DISPENSE MARIJUANA

Filed APR 1 8 2024

_____ Clerk

UNOFFICIAL

Joseph L. Waitz, Jr., District Attorney, of the Thirty-Second Judicial District Court, through the undersigned Assistant District Attorney, charges that in the Parish of Terrebonne, and within the jurisdiction of the Thirty-second Judicial District Court that:

In violation of La R.S. 40:979 & 40:966.A.(1) & B.(2), Darreka Iodenna Boykins, on or between August 15, 2023 and October 14, 2023, did knowingly and intentionally conspire to distribute or dispense marijuana, wherein the aggregate weight of said substance was two and one half pounds or more.

contrary to the form of the Statute of the State of Louisiana, in such cases made and provided and against the peace and dignity of the same.

_____
Assistant District Attorney for the 32nd Judicial District

**DENNIS J. ELFERT**

I hereby certify that the above and foregoing fingerprints on this bill are the fingerprints of defendant, and that they were placed thereon by said defendant this _____ day of _____, _____.

_____
Terrebonne Parish Sheriff's Office, Crime Lab



AO386-C
GOVERNMENT EXHIBIT
admitted am
4-24-24
CASE NO. 17-cr-46
EXHIBIT NO. 2

## Clerk of Court Demographic Information Report
Court/Docket#(s): 870781

| | |
|---|---|
| Judicial District: | 32nd |
| DA Name: | Joseph L. Waitz, Jr. |
| Judge: | David Arceneaux |
| Parish: | Terrebonne |
| Defendant Name: | Darreka Iodenna Boykins |
| DOB: | 10/08/1976 |
| Race: | B |
| Sex: | M |
| SSN: | XXX-XX-1121 |
| Date of Arrest: | 03/29/2024 |
| SID: | 0002120786 |
| US Citizen: | Unknown |
| Drivers License #: | 7436025 |
| Drivers License State: | LA |
| Drivers License Class: | E |
| City: | Houma |
| State: | LA |

Deputy Clerk: _____

Minute Clerk: _____

ATN:

Charge: 40:979 & 40:966.A.(1) & B.(2) Conspiracy to Distribute or Dispense Marijuana - (F)

Plea: _____

Date Filed:
Date Arraigned:

UNOFFICIAL

# 32nd JUDICIAL COURT- PARISH OF TERREBONNE- STATE OF LOUISIANA APPEARANCE BAIL BOND

I the undersigned, hereby acknowledge notification of Appearance for court on:

**05/09/24 08:30 JUDGE ARCENEAUX DIV D at Houma Court House, 32nd Judicial District Court at 8:30 A.M.**

KNOW ALL MEN BY THESE PRESENTS, that on 4/2/24

We **DARREKA IODENNA BOYKINS** as principal (defendant) and **RAYNE PIERRE** as surety,

Are bound in solido, and acknowledge ourselves to be indebted unto the State of Louisiana (when the charges violate Parish Ordinances), in the sum of **$25000.00** for faithful Payment of which we bind ourselves, our heirs, executor and assigns, and whereof, we have signed theses presents on the above date written, at Houma, Terrebonne Parish, Louisiana. The above defendant having been arrested for the crime(s) for charge(s) of:

| Charge Code & Description | Docket# | Case# | Bond Amount |
|---|---|---|---|
| 14:26 - CRIMINAL CONSPIRACY (DIST) | | SO23100268 | $25,000 |

The undersigned defendant, as principal, and the undersigned surety acknowledge that defendant has been arrested on the above charges and is required to appear in court on noted above. Defendant promises to appear before the court whenever required to answer the charges or related charges and all stages of the proceedings through pronouncement of sentence or condition of probation of conviction, to submit to the orders and process of the court and not leave the state without written permission of the court. Defendant and surety agree that if defendant violates any of these promises, they will pay the city or parish whose ordinance defendant is charged to have violated, or the State of Louisiana if defendant is prosecuted in District Court or other, the dollar amount of bail noted above, with judicial interest, court cost, and attorney fees. If I fail to perform any of these conditions, I and/or surety(s) agree to pay the State of Louisiana or the Parish of Terrebonne. And having admitted to bail in the aforesaid amount, we hereby undertake that the above named principal will appear at all stages of the proceedings in the 32nd Judicial District Court to answer the above charge(s) or any related charge, and will at all times hold himself/herself amendable to the orders and process (subpoenas) of the court and if convicted, will appear for pronouncement of the Verdict and sentence will be null and void and otherwise in full force, effect and virtue. AS ADDITIONAL CONDITIONS OF RELEASE, ARRESTEE/DEFENDANT, AGREES TO ABIDE BY THE FOLLOW CONDITIONS UNDER PENALTY OF REVOCATION OF BAIL, ATTACHMENT AND OR CONTEMPT OF COURT:

1 – Notify the Clerk of Court in writing of any change of address different from the ones now given.
2 – If defendant does not appear in court when required, defendant and surety will be required to pay the full amount of this bond.

**Bond Comments and Conditions:**

**DECLARATION OF PERSONAL:** I hereby declare under penalty of perjury and false swearing that I am a citizen and resident of Louisiana, and I am worth, considering all of property, whether incorporeal movable property, the amount to which I am biding myself in this bail bond as specified above. I declare that my stated worth is exclusive of the amount of any other bail bond on which I am either principal or surety, exclusive of property exempt, from execution, and over and above all my debts. I have not and will not charge a fee or receive compensation for becoming personal surety herein. I am not an attorney at Law, Judge, or Ministerial Officer of a court. I reside at the address shown below my signature.

Signature: _____

**DEFENDANT INFORMATION**

Principles Name: DARREKA IODENNA BOYKINS        Address: 514 ASHLAWN STREET, HOUMA, LA 70363

Telephone Number of Principle: 985-580-9856     Social Security #: ****1121    D/L#: _____

Jacket#: 060675    Date of Birth: 10/08/76

**COMMERCIAL SURETY**    Amount: $25000.00    Signature: Rayne Pierre

Surety Name:    Bonding Agent: RAYNE PIERRE

Bonding Company: ABSOLUTELY ANYTIME    Bonding Address: 324 TIGERVILLE LN, BELLE ROSE, LA 70341

POA Number: PSC25-2194082    POA Amount: $25000.00    POA Expiration Date: 9/30/24

Bond Type: SURETY    PRINT: DARREKA IODENNA BOYKINS

1031 - Barrilleaux, Bailey                    1161 - Rivere, Kandi
Print Deputy Name         APR 18 2024         Approved By Signature

Theresa A. Robichaux
Clerk of Court
Parish of Terrebonne, LA        Sgt. Rivere

UNOFFICIAL
FILED